IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| In Re *Ex Parte* Application of Volkswagen AG and Audi AG,<br><br>     Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Case No. _____ |

**ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE
TO OBTAIN DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

Upon review and consideration of Volkswagen AG's and Audi AG's ("Applicants") *Ex Parte* Application Pursuant to 28 U.S.C. § 1782 for an Order to Obtain Discovery for Use in Foreign Proceedings, including Applicants' accompanying Memorandum of Law, proposed discovery requests attached thereto as Exhibits A-D, and the Declaration of Prof. Dr. Tilman Müller-Stoy (collectively, the "Application"), seeking an order authorizing the issuance of subpoenas requiring Network System Technologies, LLC ("NST") and Thomas Louriero to provide documents and testimony for use in connection with Unified Patent Court litigations in Munich, Germany, the Court, being fully advised, having considered the Application, and finding good cause exists to exercise its discretion to do so,

HEREBY GRANTS the Application.  It is further:

1.      ORDERED that Applicants, by and through their counsel, are granted leave to issue subpoenas containing document requests in substantially similar form as those attached to the Application as Exhibits A and C, to NST and Thomas Louriero, pursuant to the Federal Rules of Civil Procedure, and pursuant thereto to require NST and Thomas Louriero to produce documents, within 14 days of receipt of same (or on another mutually-agreeable date selected by Applicants,

NST, and Thomas Louriero) to Adam S. Taylor, TAYLOR MCCORMACK & FRAME, LLC, 267 Commercial Street, Portland, ME 04101, MA 02210, or to any other location mutually-agreeable to Applicants and NST.

    2.    It is FURTHER ORDERED that Applicants, by and through their counsel, are granted leave to issue subpoenas in substantially similar form attached to the Application as Exhibits B and D to NST and Thomas Louriero, pursuant to the Federal Rules of Civil Procedure, and pursuant thereto to require NST and Thomas Louriero to appear for an in-person deposition at a time and place to be arranged by Applicants, NST, and Thomas Louriero, and which will be recorded by video and stenographically by a company engaged in such services to be designated by Applicants, within 14 days of NST's and Thomas Louriero's compliance with the document subpoenas (or on another mutually agreeable date selected by Applicants, NST, and Thomas Louriero).

    IT IS SO ORDERED on this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE