UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF VOLKSWAGEN AG AND AUDI AG FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | )<br>)<br>)  No. 2:24-mc-00097-JAW<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO OBTAIN DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

On March 4, 2024, Volkswagen AG and Audi AG submitted an ex parte application pursuant to 28 U.S.C. § 1782 (Application), seeking an order authorizing the issuance of subpoenas requiring Network System Technologies, LLC (NST) and Thomas Loureiro to provide documents and testimony for use in connection with Unified Patent Court litigations in Munich, Germany. *Ex Parte Mot.* (ECF No. 1). Having fully considered the application, and finding that good cause exists to allow discovery, the Court GRANTS Volkswagen AG and Audi AG's Ex Parte Application for Leave to Obtain Discovery Pursuant to 28 U.S.C. § 1782 (ECF No. 1).

It is further ORDERED that Volkswagen AG and Audi AG, by and through their counsel, are granted leave to issue subpoenas containing document requests in substantially similar form as those attached to the Application as Exhibits A and C to NST and Thomas Loureiro, pursuant to the Federal Rules of Civil Procedure, and pursuant thereto to require NST and Thomas Loureiro to produce documents within 14 days of receipt of the same (or on another mutually agreeable date selected by the

parties) to Adam S. Taylor, TAYLOR MCCORMACK & FRAME, LLC, 267 Commercial Street, Portland, ME 04101, or to any other location mutually agreeable to the parties.

It is further ORDERED that Volkswagen AG and Audi AG, by and through their counsel, are granted leave to issue subpoenas in substantially similar form as those attached to the Application as Exhibits B and D to NST and Thomas Loureiro, pursuant to the Federal Rules of Civil Procedure, and pursuant thereto to require NST and Thomas Loureiro to appear for in-person depositions at a time and place to be arranged by the parties, which will be recorded by video and stenographically by a company engaged in such services to be designated by Volkswagen AG and Audi AG, within 14 days of NST's and Thomas Loureiro's compliance with the document subpoenas (or on another mutually agreeable date selected by the parties).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 7th day of March, 2024